UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANTHONY ACOSTA, | § |
| *Plaintiff*, | § |
| v. | §  Civil Action No. 3:25-CV-757-X-BW |
| DALLAS COUNTY JAIL, | § |
| *Defendant*. | § |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 8). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 15th day of September, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1